IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THE ESTATE OF JON THOMAS CARMICHAEL, BY AND THROUGH JON TIMOTHY AND TAMI CARMICHAEL, INDIVIDUALLY, AND UPON BEHALF OF HIS HEIRS, | § § § § § § | |
| Plaintiffs, | § | CIVIL ACTION NO. 3:11-cv-00622-D |
| V. | § § | |
| RONNIE GALBRAITH, et al | § § § | |
| Defendants. | § | |

### ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO DISMISS

On this __24th__ day of __April_____, 2015, this Court considered Plaintiffs' Unopposed Motion to Dismiss. Upon consideration of the pleadings, this Court finds that Motion should be GRANTED.

IT IS THEREFORE ORDERED THAT this matter is hereby dismissed WITH PREJUDICE with each party to bear its own costs, attorney's fees, and expenses.

_____
PRESIDING JUDGE